**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-01120-RBJ

SHENZHEN EL LIGHTING TECHNOLOGY CO., LTD, a Shenzhen Company,

        Plaintiff/Counterclaim Defendant,

v.

MIDWEST TRADING GROUP, INC., an Illinois Corporation

        Defendant/Counterclaim Plaintiff.

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff/Counterclaim Defendant Shenzhen EL Lighting Technology Co., LTD ("EL Lighting") and Defendant/Counterclaim Plaintiff Midwest Trading Group, Inc. ("MTG") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby jointly stipulate and agree that all claims and counterclaims brought by each of the Parties in the above-titled action be dismissed with prejudice, and that the Court may enter an Order in accordance with this Stipulation without further notice. In support hereof, the Parties state as follows:

        1.      EL Lighting commenced this action by filing its Complaint against MTG on May 5, 2017.

        2.      MTG filed its Answer and Counterclaims on October 23, 2017, asserting counterclaims against EL Lighting.

        3.      The Parties have stipulated to dismiss all claims and counterclaims brought in this action with prejudice.

4.      Pursuant to the stipulation, each of the Parties is to bear its own costs, including attorneys' fees.

WHEREFORE, the Parties hereby request that the Court dismiss the case with prejudice with each Party to bear its own costs and attorneys' fees.

Respectfully submitted this 1st day of May, 2018.

BRADFORD, LTD

/s/ Andrea M. LaFrance
Aaron P. Bradford, #31115
Andrea M. LaFrance, #50222
BRADFORD, LTD
2701 Lawrence Street, Suite 104
Denver, CO 80205
(303) 325-3946
Aaron@APB-Law.com
Andrea@APB-Law.com

*Counsel for Plaintiff*

FISCHER & FISCHER, P.C.

/s/ Jennifer Fischer
Jennifer Fischer
Ronnie Fischer
1777 South Harrison Street
Penthouse - Suite 1500
Denver, Colorado 80210
(303) 756-2500
Jennifer@FischerEsq.com
Ronnie@FischerEsq.com

Rick Martin
Patent Law Offices of Rick
Martin, P.C.
PO Box 1839
Longmont, CO 80502
(303) 651-2177
rmartin@patentcolorado.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants:

Jennifer Fischer
Ronnie Fischer
Fischer & Fischer, P.C.
1777 South Harrison Street
Penthouse - Suite 1500
Denver, Colorado 80210
303-756-2500
Jennifer@FischerEsq.com
Ronnie@FischerEsq.com

Rick Martin
Patent Law Offices of Rick Martin, P.C.
PO Box 1839
Longmont, CO 80502
303-651-2177
rmartin@patentcolorado.com

*Counsel for Defendant*

/s/   *Andrea M. LaFrance*
Andrea M. LaFrance

4846-9870-4996, v. 1